# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0275

———————————————

Shelly Camille Ammons,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

March 1, 2024

Per Curiam.

Affirmed.

Lewis, Bilbrey, and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.